```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAN MACLEOD,                         :
                                     :     CIVIL ACTION
     Plaintiff,                      :     NO. 20-03485
                                     :
        v.                           :
                                     :
JENNER'S POND, INC.                  :
                                     :
     Defendant.                      :
```

**O R D E R**

**AND NOW**, this **14th** day of **April, 2021**, following a hearing on the record with counsel for the parties, it having been reported that the issues between Plaintiff Jan MacLeod and Defendant Jenner's Pond Inc. have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above action, including all claims, counterclaims and crossclaims are **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Court will retain jurisdiction for 90 days to hear motions to vacate, modify, or strike from record, for cause shown, entry of the order of dismissal. Local Rule of Civil Procedure 41.1(b); see Sawka v. Healtheast, Inc., 989 F.2d 138 (3d Cir. 1993).

It is **FURTHER ORDERED** that:

1. No communication with any member of the proposed

     class should suggest that the Court has approved or disapproved the settlement agreement. The settlement agreement is a private agreement between the Plaintiff and the Defendant and does not obligate any non-party to any of its terms;

2. In light of the parties' settlement agreement, the Court's February 9, 2021, Order (ECF No. 50) requiring curative notice is **VACATED**; and

3. Plaintiff's Motion to Maintain Suspension of Litigation Deadlines (ECF No. 57) is **DENIED as moot.**

**AND IT IS SO ORDERED.**

                                            */s/ Eduardo C. Robreno*
                                            **EDUARDO C. ROBRENO, J.**